# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2016

151390

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ROBERT LEO OSWALD,
　　　　Defendant-Appellant.

SC: 151390
COA: 325707
Branch CC: 84-094002-FH

_____/

　　　　On order of the Court, the application for leave to appeal the March 11, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).





　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016

Clerk

a0321